# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY RANGEL, *individually and on behalf of all those similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> VSI INC., <br><br> Defendant. | Case No. 1:26-cv-01972-SAB <br><br> ORDER REGARDING STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER <br><br> (ECF No. 6) |

Before the Court is a stipulation from the parties regarding an extension of time for Defendant to answer. For good cause shown, the Court approves the stipulation and ORDERS that Defendant shall have through **June 8, 2026**, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated: __**May 18, 2026**__

_____
STANLEY A. BOONE
United States Magistrate Judge