# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY RANGEL, *individually and on behalf of all those similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> VSI INC., <br><br> Defendant. | Case No. 1:26-cv-01972-SAB <br><br> ORDER REGARDING STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND CONTINUING INITIAL SCHEDULING CONFERENCE <br><br> (ECF No. 9) |

Before the Court is a stipulation from the parties regarding an extension of time for Defendant to file a responsive pleading. For good cause shown, the Court approves the stipulation and ORDERS that Defendant shall have through **June 22, 2026**, to answer or otherwise respond to the complaint. Further, in light of the stipulation, the initial scheduling conference is CONTINUED to **August 11, 2026 at 10:00 a.m** in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone. A Joint Scheduling Report is due one week before the new conference date.

IT IS SO ORDERED.

Dated: __**June 9, 2026**__

_____

STANLEY A. BOONE
United States Magistrate Judge