# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

RAY RANGEL,

          Plaintiff,

    v.

VSI INC.,

          Defendant.

Case No. 1:26-cv-01972-SAB

ORDER REGARDING STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSIVE BRIEF

(ECF No. 11)

Before the Court is the parties' stipulation for an extension of time in which Defendant may file an answer or otherwise respond to Plaintiff's complaint.  For good cause shown, the Court approves the stipulation and ORDERS that Defendant shall have through **July 6, 2026**, to file a responsive brief.

IT IS SO ORDERED.

Dated:  **June 24, 2026**

                                    
STANLEY A. BOONE
United States Magistrate Judge