# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY RANGEL, *individually and on behalf of all those similarly situated*,<br><br>    Plaintiff,<br><br>    v.<br><br>VSI INC.,<br><br>    Defendant. | Case No. 1:26-cv-01972-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 13)<br><br>**JULY 27, 2026 DEADLINE** |

On July 1, 2026, the parties filed a notice of settlement, informing the Court that a settlement has been reached and that dispositional documents will be filed no later than July 27, 2026. (ECF No. 13.)

Accordingly, pursuant to the notice, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. Plaintiff shall file, or ensure the filing of, dispositional documents no later than **July 27, 2026**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:  __**July 2, 2026**__

_____
STANLEY A. BOONE
United States Magistrate Judge